# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129327

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WAYNE RICHARD DELL,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129327
COA: 262768
Shiawassee CC: 99-002963-FC

_____/

      On order of the Court, the application for leave to appeal the June 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



p1219

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk